UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE LOWE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC,<br><br>　　　　Defendant. | No. 2:22-cv-01143-DAD-SCR<br><br>ORDER GIVING EFFECT TO STIPULATION RESOLVING ATTORNEYS' FEES AND COSTS<br><br>(Doc. No. 31) |

　　　　On March 20, 2025, the parties filed a notice of settlement regarding plaintiff's damages. (Doc. No. 27.) On May 1, 2025, the parties filed a stipulation, agreeing that with respect to attorneys' fees and costs, it was agreed that defendant will pay plaintiff's counsel $18,000.00 by no later than July 28, 2025. (Doc. No. 31 at 2.)

　　　　Pursuant to the stipulation of the parties and good cause appearing,

　　　　1.　　　Defendant FCA US, LLC shall pay plaintiff's counsel $18,000.00 in attorneys' fees and costs by no later than July 28, 2025; and

/////

/////

/////

/////

1

2. Within fourteen (14) days of the payment being made as ordered, plaintiff shall file dispositional documents in this case.

IT IS SO ORDERED.

Dated: **May 2, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE