UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE LOWE,<br><br>            Plaintiff,<br><br>      v.<br><br>FCA US LLC,<br><br>            Defendant. | No.  2:22-cv-01143-DAD-SCR<br><br><u>ORDER TO SHOW CAUSE WHY THIS<br>ACTION SHOULD NOT BE DISMISSED</u> |

On May 5, 2025, the court issued an order directing defendant to pay plaintiff's counsel $18,000.00 in attorneys' fees and costs by no later than July 28, 2025 and directed plaintiff to file dispositional documents within fourteen (14) days of that payment being made.  (Doc. No. 32.) To date, no dispositional documents have been filed and the time in which to do so has long since passed.[1]  Accordingly, the court ORDERS the parties to show cause in writing within seven (7) days from the date of entry of this order why this action should not be dismissed.

IT IS SO ORDERED.

Dated:   **June 10, 2026**                          _____
                                                            DALE A. DROZD
                                                            UNITED STATES DISTRICT JUDGE

---

[1] Oddly, over the previous two months plaintiff has filed several documents with the court dropping and adding attorneys as her counsel of record (Doc. Nos. 33, 34, 35) without mention of the fact that dispositional documents were to have been filed with this court in August of 2025.

1

2